UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DIANNA M. WALKER, | No. CV 08-4778-PLA |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed consistent with the Memorandum Opinion.

DATED: June 26, 2009

PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE